UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ERIC CAMP,

                        Plaintiff,                  **24 Civ. No. 1344 (DLC)**

       -against-                         **PRE-SETTLEMENT
CONFERENCE ORDER**

NEW YORK CITY HEALTH &
HOSPITALS CORPORATION, *et al.*,

                      Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Thursday, September 12, 2024 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 732 371 009#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

      **SO ORDERED.**

DATED:    New York, New York
               September 6, 2024

                                                     _____
                                                     The Honorable Gary Stein
                                                     United States Magistrate Judge