UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ERIC CAMP,

                              Plaintiff,                    **24 Civ. No. 1344 (PAE)**

       -against-

NEW YORK CITY HEALTH &                           **ORDER SCHEDULING**
HOSPITALS CORPORATION and                   **SETTLEMENT CONFERENCE**
JEANETTE CUNNINGHAM,

                              Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Monday, November 18, 2024 at 2:00 p.m.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. *Ex parte* settlement letters must be submitted to the Court no later than **Monday, November 11, 2024**.

      **SO ORDERED.**

DATED:    New York, New York
               September 16, 2024

                                                                 _____
                                                                  The Honorable Gary Stein
                                                                  United States Magistrate Judge