UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ERIC CAMP,

                       Plaintiff,                      24-CV-01344 (JAV)

        -v-                                        ORDER

NEW YORK CITY HEALTH & HOSPITALS
CORPORATION, *et al.*,

                       Defendants.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On March 3, 2025, the parties appeared for a discovery conference with the Court to discuss Plaintiff's letter motion to compel discovery, ECF No. 25. During that conference, counsel for the Defendants, Yi Liu, represented to the Court that, since the individually named defendant, Jeanette Cunningham, had retired from the New York City Health & Hospitals Corporation, there had been a breakdown in communication between defense counsel and Ms. Cunningham. Defense counsel represented that he has attempted to reach Ms. Cunningham multiple times using the contact information available to him, but it was unclear whether this contact information is current.

      It is HEREBY ORDERED that Defendants shall produce their Rule 26(a) disclosures and provide responses to Plaintiff's interrogatories and document requests by **Wednesday, April 2, 2025**. If defense counsel is unable to get in contact with Ms. Cunningham by that date, Rule 26(a) disclosures and discovery responses should be made on behalf of New York City Health & Hospitals Corporation alone. Defendants may supplement or correct their disclosures in accordance with Rule 26(e), if additional information becomes available after that date.

It is further ORDERED that, on **April 2, 2025**, Mr. Liu shall submit a letter to the Court stating whether he has succeeded in getting in contact with Ms. Cunningham, and if so, whether Ms. Cunningham's discovery responses had been served upon the Plaintiff.  If Ms. Cunningham remains unresponsive, Mr. Liu's letter to the Court shall outline what efforts he made to get in contact with Ms. Cunningham, including the dates of all such efforts and the method by which he sought to contact her.

It is further ORDERED that defense counsel shall serve a copy of this Order on Ms. Cunningham at her last known mailing address and by email no later than **March 5, 2025**, and shall file proof of service on the docket by no later than **March 7, 2025.**

It is FURTHER ORDERED that the close of fact discovery shall be extended from Tuesday, March 4, 2025, to **Wednesday, June 4, 2025**.

The parties are FURTHER ORDERED to appear for a status conference on **Tuesday, April 15, 2025, at 12:30 PM** in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

Defendants and defense counsel are on notice that the failure to comply with this Order may subject them to a finding of contempt and/or sanctions pursuant to Rule 37 of the Federal Rules of Civil Procedure, including reimbursement of Plaintiff's attorney's fees and costs in bringing the motion to compel, the imposition of fines for each additional day that Defendants fail to comply with the Order, subject to escalation on further application; an order precluding Defendants from supporting or opposing designated claims or defenses, or introducing evidence

in contravention of Plaintiff's claims; an order directing that certain designated facts be taken as established for purposes of this action; or the rendering of a default judgment.

The Clerk of Court is directed to terminate ECF No. 25.

SO ORDERED.

Dated: March 4, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

3