**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ERIC CAMP,

                         Plaintiff,                      **24 Civ. No. 1344 (DLC)**

           -against-                          <u>**PRE-SETTLEMENT**</u>
                                                       <u>**CONFERENCE ORDER**</u>

NEW YORK CITY HEALTH &
HOSPITALS CORPORATION, *et al.*,

                         Defendants.
-----------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **<u>Wednesday, August 27, 2025 at 11:00 a.m.</u>**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 138 004 990##.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference to be held in November 2025.

       **SO ORDERED.**

DATED:      New York, New York
               July 25, 2025

                                         _____
                                         The Honorable Gary Stein
                                         United States Magistrate Judge